**POLICY ANALYSIS CO., INC.,**
**Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 02–5033.

United States Court of Appeals,
Federal Circuit.

Dec. 20, 2002.

ON MOTION

*ORDER*

Upon consideration of Policy Analysis Co., Inc.'s unopposed motion for reconsideration of the court's order dismissing Policy Analysis's appeal for failure to file an appendix, with appendix attached,

IT IS ORDERED THAT:

(1) Policy Analysis's motion for reconsideration is granted.

(2) The October 23, 2002 dismissal order is vacated, the mandate is recalled, and the appeal is reinstated.

**Michael McCRIMMON, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent.**

No. 03–3048.

United States Court of Appeals,
Federal Circuit.

Dec. 26, 2002.

**ORDER**

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.